RICHARD STAHL, as Administrator, etc., of VINCENT STAHL, Deceased, Appellant, v. EDWARD OLSTEIN and Another, Respondents.—Action to recover for wrongful death due to a collision on a roadway between an automobile and a boy's sled. Judgment dismissing the complaint at the close of plaintiff's case reversed on the law and a new trial granted, costs to abide the event. There was a question of

fact for the jury as to whether or not defendants were negligent. Young, Hagarty, Carswell, Davis and Johnston, JJ., concur.